Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNIFER NORTON, ) | No. ED CV 06-00746-VAP (VBK) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| ALCOHOL, TOBACCO AND FIRE ARMS, ) | |
| Defendants. ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the First Amended Complaint, the Second Amended Complaint and the entire action with prejudice.

DATED: March 5, 2008

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE